IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY COOKE, | ) | |
| | ) | Case No. 13 CV 03272 |
| Plaintiff, | ) | |
| | ) | Judge Edmond E. Chang |
| vs. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| The CITY OF CHICAGO, a Municipal | ) | |
| Corporation, and Chicago Police Officer | ) | |
| HAROLD RODRIGUEZ #17679 | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Torreya Hamilton
Attorney for Plaintiff, Anthony Cooke
Hamilton Law Office, LLC
53 W. Jackson Blvd., Suite 452
Chicago, Illinois 60604

Attorney No. 6229397
DATE: 5/1/14

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY: _____
Thomas J. Platt
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 6181260
DATE: May 5, 2014

_____
Pugh, Jones & Johnson, P.C.
Attorney for Defendant, Harold Rodriguez
180 N. LaSalle Street, Suite 3400
Chicago, Illinois 60601
(312) 768-7800
Attorney No. 6285930
DATE: 5/2/2014